

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SADERRICK JERMAINE NOIRD<br>　　　　　　　　Defendant, | CASE NO. 1:21-CR-30<br><br>VIOLATION(S):<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)(ii) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

(Conspiracy to Possess with Intent to Distribute Controlled Substances)

Beginning on or about June 1, 2019 and continuing thereafter until on or about February 4, 2020, the exact dates being unknown to the Grand Jury, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**SADERRICK JERMAINE NOIRD**

defendant herein, did knowingly and intentionally conspired with M.F. and S.M. whose identities are known to the Grand Jury and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute controlled substances, to wit: 1) more than 5 kilograms cocaine; all in violation of Title 21, United States Code, Section 846 in connection with Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

LEAH E. MCEWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* \_\_\_15\_\_\_ *day of*
\_\_\_Sept\_\_\_ *A.D.* 2021.

*Deputy Clerk*